# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>LAVARANCE D. NETTLES | Case No: 22-000140-001-CG<br>USM No: 16529-510<br><br>H. Chase Dearman<br>*Defendant's Attorney* |
| Date of Original Judgment: 05/25/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Court imposed a sentence at the statutorily required mandatory minimum of 60 months. As such, the guideline reduction for zero-point offenders provided by Amendment 821 has no impact on the defendant's sentence.

Except as otherwise provided, all provisions of the judgment dated   05/25/2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/02/2024                        /s/ Callie V. S. Granade
                                               *Judge's signature*

Effective Date: _____                 **Senior District Judge Callie V. S. Granade**
*(if different from order date)*               *Printed name and title*